**James Victor PAULK, Tammy Paulk, Plaintiffs–Appellants,**

v.

**CSX TRANSPORTATION, INC., a corporation, Defendant– Appellee.**

**Tammy Paulk, James Victor Paulk, Plaintiffs–Appellants,**

v.

**CSX Transportation, Inc. a corporation, Defendant–Appellee.**

**No. 10–13561.**

United States Court of Appeals, Eleventh Circuit.

Sept. 26, 2011.

Ben B. Mills, Jr., Mills & Larkey, PC, Fitzgerald, GA, for Plaintiffs–Appellants.

Robert Eric Bilik, Sara F. Holladay–Tobias, Jeffrey S. York, McGuire Woods, LLP, Jacksonville, FL, James B. Durham, Durham & Rizzi, P.C., Brunswick, GA, for Defendant–Appellee.

Before TJOFLAT, CARNES, and ANDERSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of *Pace v. CSX Transp., Inc.*, 613 F.3d 1066 (11th Cir. 2010), which was issued after the plaintiffs filed their notice of appeal. Any remedy for the plaintiffs must come from the Surface Transportation Board.[1]

---

1. This case was removed from the oral argument calendar under the provisions of 11th Cir. R. 34–3(f).